139570

RECEIVED
BY MAIL

MAY 02 2002

CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: C.A. 02-CV-764 DWF/AJB Case Title: Darrell L. Ingwerson v. Crossmark, Inc.

**Affidavit of Movant**

I, Judy Williams-Killackey, an active member in good standing of the bar of the United States. District Court for the District of Minnesota, request that this Court admit pro hac vice Melissa M. Goodman, an attorney admitted to practice in all Texas state courts, the United States District Courts for the Northern, Eastern, Western and Southern Districts of Texas, and the United States Court of Appeals for the Fifth Circuit, but not admitted to the bar of this court, who will be counsel for the Defendant CROSSMARK, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 280227 5.1.02
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Melissa M. Goodman, am currently a member in good standing of all Texas State Courts, the United States District Courts for the Northern, Eastern, Western and Southern Districts of Texas, and the United States Court of Appeals for the Fifth Circuit, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Melissa M. Goodman [signature] 4-29-02
Melissa M. Goodman Signature Date

Attorney License Number: 00790648
Law Firm Name & Address:
Haynes & Boone, L.L.P.
901 Main Street, Suite 3100
Dallas, Texas 75202
Telephone: (214) 651-5340

Motion Granted: [signature] MAY 02 2002
For the Court: ~~Francis E. Dosal~~, Clerk Date

MAY 02 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1015148.1

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

UNITED STATES DISTRICT COURT
District of Minnesota

We have accepted for filing pleadings in an action listing you as counsel or co-counsel, but are unable to find your name in the active roll of attorneys admitted to practice before this Court. If you wish to be listed as an attorney of record in matters pending before this Court, you must either be: (1) a member of the bar of the U.S. District Court of Minnesota or (2) temporarily admitted pro hac vice in accordance with our local rules.

Pro hac vice admissions in this district are for a specific case, and your affiliation with multiple cases on a pro hac vice basis must be by separate application and payment of the $25 admission fee for each individual case, with the exception of actions consolidated for pretrial purposes.

The Petition for Admission Pro Hac Vice must be completed in its entirety, as all information is necessary for data entry and retrieval purposes. A signed copy of the petition will be forwarded to local counsel when the motion has been granted.

Vickie Moralez
Attorney Admissions Clerk

*Local Rule 83.5 (d)*

*(d) Nonresident Attorneys*
*Any attorney residing outside of this state and admitted to practice before and then in good standing in another United States District Court, but not admitted to practice in the Supreme Court of this state, may, upon oral or written motion of a member of the bar of this Court, be permitted by this Court to appear and participate as an attorney in the trial of any action or the hearing on any motion, petition or other proceeding then pending before this Court, but only if the attorney associates with an active Minnesota resident member in good standing of the bar of this Court who shall participate in the preparation and trial of the case or presentation of the matter involved and on whom service of all papers may be made. An attorney admitted to practice pursuant to this provision shall file a Notice of Admission Pro Hac Vice, on a form supplied by a Clerk of this Court, accompanied by payment of such fee as may be set from time to time by the Court. The Clerk of this Court shall not accept for filing papers which do not contain the name of an attorney admitted to practice before this Court.*

The Clerk for the District of Minnesota is authorized to transmit notice of entry of judgment or orders under Fed.R.Civ.P. 77 and Fed.R.Crim.P. 49 by facsimile transmission of judgments, orders or notices in any case in which this capability exists and the undersigned appears as attorney in charge. I understand that this electronic notice will be in lieu of notice by mail. The following telephone number is dedicated for facsimile transmission.

Melissa M. Goodman Fax # (214) 200-0455
Signature MELISSA M. GOODMAN

1015148.1