**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DARRELL L. INGWERSON,

Plaintiff,

v.

CROSSMARK, INC.,

Defendant.

Civil No. 02-764 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Leslie Gelhar, Esq., Gelhar & Ousky, 5001 80th Street West, Suite 935, Bloomington, MN 55437, counsel for Plaintiff.

Judith Williams-Killackey, Esq., Dorsey & Whitney, 50 6th Street South, Suite 1500, Minneapolis, MN 55402-1498; Melissa Goodman, Esq., and Jonathan Wilson, Esq., Haynes & Boone, 3100 Nationsbank Plaza, 901 Main Street, Dallas, TX 75202, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: June 25, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed JUN 25 2002
Richard D. Sletten, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________