**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Court File No:02-CV-764 DWF/AJB

Darrell L. Ingwerson

Plaintiff,

**STIPULATION REQUESTING STAY OF PROCEEDINGS AND:**

vs.

**ORDER**

Crossmark, Inc.

Defendant.

---

WHEREAS this case presents two separate claims: a claim for short-term disability benefits under an ERISA short-term disability plan; and a claim for long-term disability benefits under an ERISA long-term disability plan; and

WHEREAS the parties previously reported to the Court that they had reached an agreement settling all issues between them, but in the process of finalizing the stipulation and release documents realized they did not have a complete meeting of the minds; and

WHEREAS the plaintiff's claim for long-term disability benefits is currently being considered by UNUM Insurance, the Company providing said benefits, pursuant to the Plan's administrative procedures; and

WHEREAS the parties agree that further proceedings in this lawsuit should await UNUM's administrative decision with regard to plaintiff's long-term disability benefit claim.

NOW THEREFORE the parties agree the Order of Dismissal previously entered should be vacated, but that further proceedings should be stayed pending final determination of



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

plaintiff's long-term disability benefit claims pursuant to the administrative procedures in the parties' Long-term Disability Plan.

Dated: 9-11-02

Respectfully submitted,

Judy Williams-Killackey (280227)
**DORSEY & WHITNEY LLP**
50 Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 343-2600
Facsimile: (612) 340-2777

Jonathan C. Wilson
Texas Bar No. 21702525
Melissa M. Goodman
Texas Bar No. 00790648
**HAYNES & BOONE, LLP**
901 Main Street, Suite 3100
Dallas, Texas 75202
Telephone: (214) 651-5628
Facsimile: (214) 651-5940
**ATTORNEYS FOR THE DEFENDANT CROSSMARK, INC.**

Leslie Gelhar, Esq.
State Bar No. 14017X
**GELHAR & OUSKY**
Southgate Office Plaza
5001 W. 80th Street, Suite 935
Bloomington, Minnesota 55437
Telephone: (952) 806-9787
Facsimile: (952) 806-9790
**ATTORNEYS FOR PLAINTIFF DARRELL L. INGWERSON**

## ORDER VACATING DISMISSAL AND GRANTING STAY OF PROCEEDINGS

Based upon the foregoing agreement of counsel, it is Ordered:

1. That the Order of Dismissal dated June 25, 2002 shall be and is hereby vacated; and

2. That further proceedings shall be stayed pending final determination of plaintiff's long-term disability benefit claims pursuant to the administrative procedures in the parties' Long-term Disability Plan. That within 30 days following receipt of a final administrative decision, the parties shall report to the Court and either request that this matter be restored to active status, or that judgment of dismissal be entered.

Date: Sept 13, 2002

DONOVAN W. FRANK
Judge of United States District Court