**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Court File No:02-CV-764 DWF/AJB

Darrell L. Ingwerson

Plaintiff,

vs.

**STIPULATION OF DISMISSAL AND ORDER**

Crossmark, Inc.

Defendant.

---

The parties file this Stipulation of Dismissal pursuant to Fed.R.Civ.P. 41 (a) (1). The parties have entered into a full and complete settlement of Plaintiff's claims to short-term disability benefits, and Plaintiff has entered into a separate settlement with UNUM Insurance concerning all of his claims to long-term disability benefits. The parties therefore agree that all claims and causes of action Plaintiff alleged or could have alleged in this case should be dismissed, *WITH PREJUDICE*. Therefore, the parties respectfully request that the Court dismiss this case in its entirety with prejudice, with each party to bear its own costs.

Respectfully submitted,

Dated: April 23, 2003

Melissa M. Goodman
Jonathan C. Wilson
Texas Bar No. 21702525
Melissa M. Goodman
Texas Bar No. 00790648
**HAYNES & BOONE, LLP**
901 Main Street, Suite 3100
Dallas, Texas 75202
Telephone: (214) 651-5628
Facsimile: (214) 651-5940
**ATTORNEYS FOR THE DEFENDANT CROSSMARK, INC.**



APR 25 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Leslie Gelhar, Esq.
MN ID No. 14017X
**GELHAR & GOLDETSKY**
Southgate Office Plaza
Suite 835
5001 W. 80th Street
Bloomington, Minnesota 55437
Telephone: (952) 746-4220
Facsimile: (952) 806-9790

**ATTORNEYS FOR PLAINTIFF**
**DARRELL L. INGWERSON**

**ORDER OF DISMISSAL**

Based upon the foregoing stipulation of counsel, it is Ordered:

That this case is dismissed in its entirety, *WITH PREJUDICE* but without costs to either party.

Date: 4/25/03

DONOVAN W. FRANK
Judge of United States District Court